UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────X

In re:                                                                Chapter 13
                                                                              Case No.: 16-35881 (cgm)

Rose M. O'Reilly,

                              Debtors.
───────────────────────────────X

### ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**: Seterus Inc.

**Property Address**: 45 Arbutus Rd., Putnam Valley, NY 10579

**Last Four Digits of Account Number of Loan**: 8772

**File Date of Loss Mitigation request**: 8/01/2016

**Date of Entry of Loss Mitigation Order**: 8/22/2016

**Date of Entry of Order Approving Settlement** (*if any*): 6/06/2017.

**Other Requests for Loss Mitigation in this Case**: ____ Yes    X  No

The use of the Court's Loss Mitigation Program Procedures has resulted in the following:

X   Loan modification
    Short sale                                                          No agreement has been reached
    Surrender of property
    Other: _____

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.



**Dated: June 5, 2018**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**